**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-1174**

———————————

CHRISTOPHER LEE JOHNSON; VERONICA MOODY
JOHNSON,

                                Plaintiffs - Appellants,

        versus

COMMONWEALTH OF VIRGINIA; JUDGE WALTER J.
FORD, Virginia Supreme Court Judge Designate;
EMERALD GREENS PROPERTY OWNERS ASSOCIATION;
MICHAEL LEWIS, As Architectural Director Of
The EGPOA, and Personally In His Individual
Capacity; MICHAEL A. INMAN, Esquire; BARRY
KOCH, Esquire, Personally and In His Capacity
As Attorney For Emerald Greens Property Owners
Association; OTHER UNNAMED CO-CONSPIRATORS,

                                Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-04-66-2)

———————————

Submitted: June 14, 2004          Decided: June 29, 2004

———————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Christopher Lee Johnson; Veronica Moody Johnson, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Lee Johnson and Veronica Moody Johnson appeal the district court's order denying their motion for emergency injunctive relief and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. Virginia, No. CA-04-66-2 (E.D. Va. Jan. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED